UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00012-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MISTY DAWN HINEBAUGH | ) | |

This matter is before the court on defendant's motion to modify a term of her supervision. The government and the probation officer oppose the motion. Having fully considered the motion, it is DENIED. The probation officer may, of course, explain the facts surrounding the offense to defendant's employer.

This 19 June 2012.

W. Earl Britt
Senior U.S. District Judge